FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE CRIFT, JR.                                                          PLAINTIFF

VS.                              NO. 5:09CV-326JMM

JASON WILLIAMS and                                                          DEFENDANTS
JOEY MOORE, individually, and in their
Official Capacities, as McGehee City Police
Officers, JANE DOE, MCGEHEE-DESHA
COUNTY HOSPITAL and OBOMA
ASEMOTA, M.D.

### PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT

On this, the ___16___ day of ___July___ 2010, the Court reviewed the stipulation and agreement for a Protective Order, and makes the following Orders:

1. Confidential Information, as later defined herein, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons, as herein defined.

2. Confidential Information shall be deemed to include, without limitation:

   (a) medical records, financial records, personnel records (including, but not limited to social security numbers, dates of birth, medical and financial information), and other matters now requested or hereinafter requested by a party relating to information that is confidential and such other information as may be deemed by this Court to be relevant or material herein.

   (b) Any information concerning such as set forth in 2(a) herein above as maybe, from time to time, produced any party at the time of production to be "Confidential Information" and subject to this Order, such designation to be in writing and may be by letter of transmittal to the other parties.

1

3. Except with the prior written consent of the producing party, or pursuant to further Order of this Court on motion with notice to the producing party, no Confidential Information may be disclosed to any person other than "Qualified Persons" who shall be defined to include the receiving parties, any future counsel of record for the receiving parties in this action, and secretaries, para-professional assistants, experts and other employees of such counsel who would be actively engaged in assisting counsel in connection with this action, court personnel, witnesses at trial or deposition, and the jury.

4. Upon delivery of Confidential Information to the receiving parties, the producing party shall execute and submit to the receiving parties' counsel a document entitled "inventory of Confidential Documents Delivered" in the form affixed hereto as Exhibit 1.

5. This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. Three years following the conclusion of this action, including all appeals:

(a) receiving parties and their counsel shall destroy all confidential information, including, correspondence, memoranda, notes or any other documents embodying such information, in whole or in part.

(b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding. Severe sanctions will attach to any person who discloses such in violation of this provision.

6. Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

7. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and

counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

    IT IS HEREBY ORDERED.

                                           _____
                                           United States District Judge

APPROVED AS TO FORM:


/s/ Lucien R. Gillham
Lucien R. Gillham, Ark. Bar No. 99199
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018
501/315-1910 FAX 501315-1916
Attorneys for Plaintiff


/s/ Benjamin D. Jackson
Benjamin D. Jackson
Ken Cook
Mitchell Williams
425 West Capitol Ave., Ste 1800
Little Rock, AR 72201-3525
Attorneys for Defendant

## EXHIBIT 1

## INVENTORY OF CONFIDENTIAL DOCUMENTS PROVIDED

I hereby submit the following documents, document pages, and/or depositions which are subject to the Protective Order for the protection of documents in <u>Lawrence Crift v. Jason Williams, et al</u>, filed in United States District Court; Eastern District of Arkansas; Pine Bluff Division; Case No. 5:09CV-326JMM.

(list all documents, pages, and depositions submitted below:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATED: _____      SIGNATURE: _____