**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LAWRENCE CRIFT, JR.**                                                                    **PLAINTIFF**

V.                                      5:09CV00326 JMM

**JASON WILLIAMS and
JOEY MOORE, individually and in
their official capacities, as McGehee
City Police Officers,
ASHLEY BARNES, MIRANDA TAYLOR,
WADE CANTRELL, individually and in
his official capacity as a Desha County Sheriff,
MCGEHEE-DESHA COUNTY
HOSPITAL, OBOMA ASEMOTA, M.D.
JOHN HEARD
JOHN DOES 5-10**                                                                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to compel. (Docket #58). Plaintiff seeks insurance information from Defendants McGehee-Desha County Hospital, Ashley Barnes, Miranda Taylor, Wade Cantrell and Oboma Asemota, M.D. Plaintiff argues that he is entitled to copies of the actual insurance policies and that the Declaration Pages and Specimen Policies produced by the parties are insufficient. Fed. R. Civ. P. 26(a)(1)(A)(iv) requires parties provide:

> for inspection and copying as under Rule 34, any insurance agreement under
> which an insurance business may be liable to satisfy all or part of a possible
> judgment in the action or to indemnify or reimburse for payments made to satisfy
> the judgment.

Pursuant to Rule 26, Plaintiff is entitled to inspect and copy "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment. . . ." If the Declaration Pages and Specimen Policies produced accurately reflect the exact agreement, the

production is sufficient. Otherwise, Defendants are directed to produce the actual insurance agreement.

Accordingly, Plaintiff's motion is GRANTED.

IT IS SO ORDERED this 13th day of October, 2010.

_____
James M. Moody
United States District Judge