*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LAWRENCE CRIFT, JR.                                                                              PLAINTIFF

vs.                              CASE NO. 5:09cv00326 JMM

JASON WILLIAMS,                                                                                  DEFENDANTS
JOEY MOORE,
McGEHEE-DESHA COUNTY HOSPITAL,
ASHLEY BARNES,
MIRANDA TAYLOR,
WADE CANTRELL and
JOHN HEARD

## ORDER

Having been notified that a settlement has been reached in this matter with Defendants McGehee-Desha County Hospital, Ashley Barnes, Miranda Taylor and John Heard, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice.

Plaintiff's motion for partial summary judgment (DE #100) and Defendants' second motion for summary judgment (DE #138), are moot.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.

IT IS SO ORDERED this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE