# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LAWRENCE CRIFT, JR.**                                                                                      **PLAINTIFF**

V.                                    5:09CV00326 JMM

**JASON WILLIAMS and**
**JOEY MOORE, individually and in**
**their official capacities, as McGehee**
**City Police Officers,**
**WADE CANTRELL, individually and in**
**his official capacity as a Desha County Sheriff**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Acceptance of Offer of Judgment filed on this date,

IT IS CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff shall have and recover from Defendants, Jason Williams and Joey Moore, individually and in their official capacities as McGehee City Police Officers and Wade Cantrell, in his individual and official capacity as a Desha County Deputy Sheriff, the amount of Seventy-Five Thousand Dollars ($75,000.00), together with interest from this date until the date paid at the rate of .25% per annum.

Attorneys fees and costs will be determined by separate agreement of the parties or by the Court. In the event the Court is required to decide the issue of fees and costs, Plaintiff shall have up to and including April 10, 2011 in which to file his Petition.

All claims and causes of action against these Defendants are hereby dismissed. All pending motions are moot. The Clerk is directed to close the case.

Dated this 15th day of March, 2011.

_____
James M. Moody
United States District Judge